[Civ. No. 9107.   First Appellate District, Division One.—May 5, 1933.]

PHINEAS D. CLAYTON, Petitioner, v. THE SUPERIOR COURT OF THE CITY AND COUNTY OF SAN FRANCISCO et al., Respondents.

J. E. White and Abraham Setzer for Petitioner.

THE COURT.—The petition for an alternative writ of prohibition is denied.

The respondent court had jurisdiction to hear and determine the motion to dissolve petitioner's attachment (*Truck Owners & Shippers, Inc.,* v. *Superior Court,* 194 Cal. 146 [228 Pac. 19]), and this power did not depend upon the correctness of the decision (Code Civ. Proc., sec. 1102; *Dahlgren* v. *Superior Court,* 8 Cal. App. 622 [97 Pac. 681]; *People* v. *San Diego,* 71 Cal. App. 421 [236 Pac. 377]).